IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MANDOLA MANAGEMENT, INC. | § | |
| | § | |
| V. | § | CAUSE NO. 1:11-cv-00478-LY |
| | § | |
| | § | |
| PHILADELPHIA INDEMNITY | § | |
| INSURANCE COMPANY | § | |

## PLAINTIFF'S ADVISORY TO THE COURT

Mandola Management, Inc. ("MMI"), submits this its Advisory to the Court in response to the Court's 10/5/11 Order:

1.      MMI's counsel received the Court's 10/5/11 Order on October 5th. At 2:47 p.m. that same day, MMI e-mailed Steve Brown (attorney for Duchman): *"I will call you tomorrow to confer as ordered... does 1:30 tomorrow work for you"* (10/5/11 2:47 p.m. e-mail – exh. A). At 4:43 p.m. Brown responded: *"I am not available to confer until 10/12/11..."* (exh. A).

2.      On Wednesday, 10/12/11 at about 2:30 p.m. MMI counsel and Brown conferred. It was Brown's position then - and presumably now - that because the Duchman deposition went forward on 9/21/11, Duchman's Motion to Quash and MMI's Response are moot. It was and is MMI's position that MMI's response and request for attorney's fees (incurred responding to Duchman's Motion to Quash) are not moot. In addition, it is MMI's position that Duchman did not produce at the 9/21/11 deposition records sufficient to allow MMI to present its damage claims against PIIC in this lawsuit; MMI avers that the truncated QuickBooks summary that Duchman produced (deposition exh. 22) at the September 21st deposition does not represent good faith compliance with the Subpoena Duces Tecum which required Duchman to provide *"the billing or accounting records which document the attorney's fees that* (Duchman) *paid in defense of the* (referenced lawsuits)". As a result, Plaintiffs will have to incur additional expense

deposing Duchman bookkeeper John Dunn on 11/3/11 (see MMI's 9/23/11 Advisory to the Court – exh. B).

3.      On Friday, 10/14/11 at 8:38 a.m., MMI presented Plaintiff's draft and proposed advisory to the Court to Brown for his input and joint submission to the Court.  At 2:41 p.m., Brown presented his version of the parties' "Joint Report".  Because of a family emergency[1], MMI counsel did not have time between 3:00-5:00 p.m. on Friday, October 14th to re-draft or collaborate any further with Brown on the content of the parties' "Joint Report".    MMI, therefore, respectfully submits this Plaintiff's Advisory to the Court.

Respectfully submitted,

Brian W. Bishop
State Bar No. 02346300
Attorney at Law
115 Wild Basin Road, Suite 106
Austin, Texas 78746
(512) 327-5121
(512) 327-5122

By:_____
Brian W. Bishop

Michael J. Kuper
State Bar No. 11765000
Attorney at Law
2800 Post Oak Blvd., 61st Floor
Houston, Texas  77056-5705
(713) 892-4888
Attorneys for Plaintiffs

---

[1] MMI's counsel brother died  Tuesday, October 11th.  MMI's counsel was (and is) arranging the Saturday, October 15th memorial service on the afternoon of October 15th.

CERTIFICATE OF SERVICE

I certify that on the __14__ day of October, 2011, I electronically filed the foregoing document with the United States District Court for the Western District of Texas through its Case Management/Electronic Case Files system and thereby upon all parties of record.

Steven R. Brown (via facsimile)
3331 Ranch Road 12, Suite 101
San Marcos, Texas  78666

_____
Brian W. Bishop

## Brian Bishop

| | |
|---|---|
| **From:** | Brian Bishop |
| **Sent:** | Wednesday, October 05, 2011 4:47 PM |
| **To:** | Steven R. Brown Attorney At Law |
| **Cc:** | mickeykuper@yahoo.com |
| **Subject:** | RE: MMI v PIIC Oct 20th hearing and order to confer |

Ok although I would like to also confer regarding the depos which I have noticed in the TC and JP cases, and whether there it is necessary to go forward Friday in the TC case on Ps' Third Motion to Compel Discovery

**From:** Steven R. Brown Attorney At Law [mailto:srblaw@austin.rr.com]
**Sent:** Wednesday, October 05, 2011 4:43 PM
**To:** Brian Bishop
**Subject:** Re: MMI v PIIC Oct 20th hearing and order to confer

I am not available to confer until Oct. 12.  I can reserve some time in the afternoon if you let me know by the end of the day tomorrow.

thank you.

Steve Brown

----- Original Message -----
**From:** Brian Bishop
**To:** 'srblaw@austin.rr.com'
**Cc:** mickeykuper@yahoo.com
**Sent:** Wednesday, October 05, 2011 2:47 PM
**Subject:** MMI v PIIC Oct 20th hearing and order to confer

I will call you tomorrow to confer as ordered.   We would like to have copies of the attorneys fees statements from the Duchman attorneys who defended the Duchmans in the TC Indemnity Suit and $1500 in attorneys fees incurred responding to your Motion to Quash.   Does 1:30 tomorrow work for you?

**LAW OFFICES OF BRIAN W. BISHOP**
**CANYONS AT WILD BASIN**
**115 WILD BASIN ROAD STE 106**
**AUSTIN, TEXAS 78746**

**O:  (512) 327.5121**
**F:  (512) 327.5122**

**brianbishoplaw.com**

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1410 / Virus Database: 1520/3939 - Release Date: 10/05/11

1



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MANDOLA MANAGEMENT, INC.          §
                                  §
V.                                §        CAUSE NO. 1:11-cv-00478-LY
                                  §
                                  §
PHILADELPHIA INDEMNITY            §
INSURANCE COMPANY                 §

## PLAINTIFF'S ADVISORY TO THE COURT

Mandola Management, Inc., Plaintiff and Respondent to non-party Duchman's Objection

and Motion to Quash Deposition Notice and Subpoena (filed 9/9/11 – Clerk Docket #20) submits

this its Advisory to the Court in accordance with and as required by this Court's 9/14/11 Order:

1.      On 9/14/11, this Court ordered Duchman to confer with Plaintiff's counsel within

five (5) business days in a good faith attempt to resolve the objections to the Duchman Subpoena

(exh. A hereto).

2.      On Tuesday, 9/20/11 (the day before the Duchman deposition), Steve Brown

(Duchman attorney) e-mailed Brian Bishop (Plaintiff's counsel):

> "*I intend to produce at the deposition a summary identifying the law firms receiving payment in connection with the Bounds and first Travis County case, along with the amounts paid to each firm. I trust that this will suffice. If not, please let me know*".

At 11:51 a.m. Bishop responded:

> "*That will work assuming that the attorney's fees in the two cases are separated so that Dr. Duchman can testify that DM, Ltd. incurred and paid X$ in defense of the Travis County suit*".

At 3:25 p.m. Bishop further communicated:

> "*I need actual copies of each month's billings from the law firms who represented DM, Ltd. in the first Travis County case. I agree you can redact anything that constitutes attorney-client communication*". (see 9/20/11 e-mails – exh. B hereto)

Brown did not respond further to Bishop's 3:25 p.m. communication.



3.      At the deposition Wednesday, 9/21/11, Duchman produced deposition exhibit #22 (exh. C hereto).  Duchman testified that the amounts reflected in deposition exhibit #22 are based upon billing statements maintained by DM, Ltd. and which show the legal fees and work which are the basis of the billings, the time charged, and the fee charged for the work.

4.      The one page statement (deposition exh. #22) that Duchman produced at his deposition does not provide the documentation information necessary for Plaintiff to develop and present its claim that the attorney's fees that Duchman incurred defending the Travis County Indemnity Suit (and which Plaintiff now seeks to recover to PIIC in this lawsuit) were reasonable and necessary.  The statement "Steve Brown $33,457.96 1ˢᵗ Travis" reflected in deposition exhibit #22 represents a "bare bones minimum" – and bad faith – effort on the part of Duchman and his attorney to feign compliance with the Subpoena, but is not legitimate compliance because Plaintiff is now required to incur the additional time and expense involved in deposing and subpoenaing DM, Ltd. again in order to get the documentation and information necessary to develop and present Plaintiff's claims and damages in this suit.

Respectfully submitted,

Brian W. Bishop
State Bar No. 02346300
Attorney at Law
115 Wild Basin Road, Suite 106
Austin, Texas 78746
(512) 327-5121
(512) 327-5122

By:_____
Brian W. Bishop

2

Michael J. Kuper
State Bar No. 11765000
Attorney at Law
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056-5705
(713) 892-4888
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I certify that on the 23 day of September, 2011, I electronically filed the foregoing document with the United States District Court for the Western District of Texas through its Case Management/Electronic Case Files system and thereby upon all parties of record.

Steven R. Brown (via facsimile)
3331 Ranch Road 12, Suite 101
San Marcos, Texas 78666

Brian W. Bishop

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MANDOLA MANAEGMENT, INC,          §
                                  §
                                  §
                                  §
V.                                §
                                  §          CAUSE NO. 1:11-CV-00478-LY
                                  §
                                  §
PHILADELPHIA INDEMNITY            §
INSURANCE COMPANY                 §

## SUBPOENA *DUCES TECUM*

    TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS or other person authorized to serve subpoenas as provided in the Texas Rules of Civil Procedure - YOU ARE HEREBY COMMANDED to summon the following witness:

        **Dr. Stanley Duchman**
        **6039 Glencove Street**
        **Houston, Texas 77007**

to appear on September 21, 2011, at 10:30 a.m. at the offices of David L. Miller, MILLER, SCAMARDI & CARRABBA PC, 6525 Washington Avenue, Houston, Texas 77007-2112 and:

        (A) appear and give testimony at a hearing relating to the above–styled and –numbered cause, and
            remain at that place from day to day until discharged; or
  √    (B) appear and give testimony at a deposition relating to the above–styled and –numbered cause,
            and remain at that place from day to day until discharged; or
  √    (C) produce the documents or tangible things in your possession, custody or control listed in
            Exhibit "A" attached hereto:

### WARNING

FAILURE OF ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED ON THAT

PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPOENA IS ISSUED OR A DISTRICT

COURT IN THE COUNTY IN WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE, OR

CONFINEMENT, OR BOTH.

    This subpoena is issued at the instance of Mandola Management, Inc., in the above-referenced case, by and through its attorney of record, Brian W. Bishop.

    This subpoena is issued on _____Aug 16_____, 2011, by

                        **BRIAN W. BISHOP**
                        THE CANYON AT WILD BASIN
                        115 WILD BASIN ROAD, SUITE 106
                        AUSTIN, TEXAS 78746
                        512-327-5121
                        512-327-5122 FACSIMILE

AFFIDAVIT ATTACHED

EXHIBIT
A

Blumberg No. 5208

## PROOF OF SERVICE

I, _____, accept service of this subpoena and will appear at the time and place directed in the subpoena.

_____
Date

_____
Signature of Witness

## OFFICER'S RETURN

I, _____, am over the age of 18 years.  I am not a party in the above-styled and numbered case.  Came to hand on _____, at _____, _____.m., and executed by delivering a copy of this subpoena to the within named _____ in person at _____ in _____ County, Texas on the _____ day of _____, 2011, at _____, _____.m.  A true and correct copy of this subpoena, and tendering the said witness the fees required by law at the time the subpoena was delivered.

AFFIDAVIT ATTACHED

_____
Date

_____
Deputy/Sheriff/Constable/Other Person Authorized by Law, Harris County, Texas

<u>Exhibit "A"</u>

The billing or accounting records which document the attorney's fees that the Duchmans and DuchMandola, Ltd. paid in defense of the following lawsuits:

1. Bounds v. DuchMandola, Ltd.; Cause No. D-1-GN-08-004114; and
2. Mandola Management, Inc. v. DuchMandola, Ltd.; Cause No. C-1-CV-10-006956.

Case 1:11-cv-~478-LY   Document 28   Filed 09/23...   Page 7 of 13

## AFFIDAVIT OF SERVICE

Came to hand on the 16th day of August  , 2011, at 12:00 o'clock noon.
Cause No. 1:11-CV-00478-LY

Executed at      13300 Hargrave, Suite 500          Houston, Texas 77070
within the County of    Harris    at 1:25 o'clock pm on the 25th day
of August  , 2011, by delivering to the within named:

DR. STANLEY DUCHMAN,
in person, a true copy of this SUBPOENA DUCES TECUM together with Exhibit "A"
and Notice of Intent to Take Oral/Videotaped Deposition, having first endorsed
upon such copy of such Subpoena the date of delivery, and tendering $11 cash.

I am not a party to or interested in the outcome of the suit referenced above.
I am authorized by written order to serve citation and other notices. I am not
less than eighteen (18) years of age.

Service Fee $

| | |
|---|---|
| MANDOLA MANAGEMENT, INC. | By: _____ |
| | Andy Garza, SCH-4491 |
| Plaintiff | (Authorized Person) |
| | |
| V. | **THOMAS PROCESS** |
| PHILADELPHIA INDEMITY INSURANCE | 809 Rio Grande Street |
| COMPANY | Suite 103 |
| | Austin, Texas  78701 |
| Defendant | (512) 320-8330 |

### VERIFICATION

STATE OF TEXAS          §
COUNTY OF HARRIS        §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared
Andy Garza, SCH-4491              , known to me to be the person whose name
is subscribed to the foregoing document and, being by me first duly sworn,
declared that the statements therein contained are true and correct.
Given under my hand and seal of office this 30th day of
August  , A.D., 2011.

_____
NOTARY PUBLIC, STATE OF TEXAS



BLANCHE GARZA
Notary Public, State of Texas
My Commission Expires
November 08, 2014

55997/Mandola

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MANDOLA MANAGEMENT, INC. | § | |
| | § | |
| V. | § | CAUSE NO. 1:11-cv-00478-LY |
| | § | |
| PHILADELPHIA INDEMNITY | § | |
| INSURANCE COMPANY | § | |

**AMENDED NOTICE OF INTENT TO TAKE ORAL/VIDEOTAPED DEPOSITION
OF DR. STANLEY M. DUCHMAN WITH SUBPOENA DUCES TECUM**

Under Rule 199 of the Texas Rules of Civil Procedure, you are notified you are required to be

present and give your oral deposition in this case at the offices of David L. Miller, MILLER,

SCAMARDI & CARRABBA, PC, 6525 Washington Avenue, Houston, Texas 77007-2112 on

September 21, 2011, at 10:30 a.m. This deposition will be taken before an officer authorized by law

to take deposition and will continue from day to day until completed. This deposition will be

recorded by a certified court reporter and will be videotaped.

Dr. Duchman shall be examined regarding the following matters:

a. The billing or accounting records which document the attorney's fees that the
Duchmans and DuchMandola, Ltd. paid in defense of the following lawsuits:

1. Bounds v. DuchMandola, Ltd.; Cause No. D-1-GN-08-004114; and
2. Mandola Management, Inc. v. DuchMandola, Ltd.; Cause No.
C-1-CV-10-006956.

Respectfully submitted,

By: _____

Brian W. Bishop
State Bar No. 02346300
115 Wild Basin Road, Suite 106
Austin, Texas 78746
(512) 327-5121 (Telephone)
(512) 327-5122 (Facsimile)
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on the ⎿16⏌ day of August, 2011, a true and correct copy of the foregoing was sent by facsimile to the following:

David L. Miller
MILLER, SCAMARDI & CARRABBA, PC
6525 Washington Avenue
Houston, Texas 77007-2112

Brian W. Bishop

Brian W. Bishop
115 Wild Basin Road, Suite 106
Austin, Texas 78746
(512) 327-5121
Fax:  (512) 327-5122

FACSIMILE TRANSMITTAL SHEET

August 16, 2011

To:        David Miller                                      713-861-3596
           Steven Brown                                      512-392-6205


From:      Brian W. Bishop

Number of pages:    __ (including cover)

Client:    Mandola Management, Inc.

Re:

Message:

.

If you fail to receive all of the pages, or if either machine faults, please call Beverly at (512) 327-5121.

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

✻   ✻   ✻   Communication Result Report ( Aug. 16.  2011 11:19AM )  ✻   ✻   ✻

1) Law Office Of Brian W. Bishop
2)

Date/Time: Aug. 16.  2011 11:08AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 1368 | Memory TX<br>Bishop Admin | 917138613596<br>915123926205 | P.  7 | OK<br>OK | |

Reason for error
E. 1)  Hang up or line fail            E. 2)  Busy
E. 3)  No answer                       E. 4)  No facsimile connection
E. 5)  Exceeded max. E-mail size

Brian W. Bishop
115 Wild Basin Road, Suite 106
Austin, Texas 78746
(512) 327-5121
Fax: (512) 327-5122

FACSIMILE TRANSMITTAL SHEET

August 16, 2011

To:         David Miller                          713-861-3596
            Steven Brown                          512-392-6205


From:       Brian W. Bishop

Number of pages:   __ (including cover)

Client:     Mandola Management, Inc.

Re:

Message:

If you fail to receive all of the pages, or if either machine faults, please call Beverly at (512) 327-5121.

CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

## Brian Bishop

| | |
|---|---|
| **From:** | Brian Bishop |
| **Sent:** | Tuesday, September 20, 2011 3:25 PM |
| **To:** | 'srblaw@austin.rr.com' |
| **Subject:** | FW: response to document subpoena |

I need actual copies of each month's billings from the law firms who represented DM ltd in the first Travis County case. I agree you can redact anything that constitutes attorney client communication

**From:** Brian Bishop
**Sent:** Tuesday, September 20, 2011 11:51 AM
**To:** 'Steven R. Brown Attorney At Law'
**Subject:** RE: response to document subpoena

That will work assuming that the attorneys fees in the two cases are separated so that Dr. Duchman can testify that DM Ltd incurred and paid $X in defense of the Travis County suit

**From:** Steven R. Brown Attorney At Law [mailto:srblaw@austin.rr.com]
**Sent:** Tuesday, September 20, 2011 11:47 AM
**To:** Brian Bishop
**Subject:** response to document subpoena

Brian,

I intend to produce at the deposition a summary identifying the law firms receiving payment in connection with the Bounds and first Travis County cases, along with the amounts paid to each firm. I trust this will suffice. If not, please let me know.

Thank you.

Steve Brown

1



# Duchman Family Winery
## Transaction List by Vendor
### December 1, 2009 through September 15, 2011

| | Type | Credit |
|---|---|---|
| **Charles Soeching - Vendor Direct** | Bill Pmt -Check | 8,925.35 |
| **Charles Soechting Legal** | Bill Pmt -Check | 1,844.59 |
| | Bill Pmt -Check | 24,378.22 |
| **Crady Jewett & McCulley** | Bill Pmt -Check | 21,005.76 |
| **Ebe & Associates** | Check | 5,000.00 Bounds |
| **Mark Lawless** | Bill Pmt -Check | 70,000.00 Bounds |
| | Bill Pmt -Check | 4,058.17 Bounds |
| | Bill Pmt -Check | 3,948.94 Bounds |
| **Steve Brown** | Bill Pmt -Check | 33,457.86 1st Travis |

DEPOSITION EXHIBIT

PENGAD 800-631-6989

EXHIBIT
C

10:42 AM
09/15/11

Brian W. Bishop
115 Wild Basin Road, Suite 106
Austin, Texas 78746
(512) 327-5121
Fax: (512) 327-5122

FACSIMILE TRANSMITTAL SHEET

September 23, 2011

To:             Steven Brown                                    512-392-6205

From:           Brian W. Bishop

Number of pages:    ___ (including cover)

Client:         Damian Mandola and Trina Mandola

Re:

Message:

.

If you fail to receive all of the pages, or if either machine faults, please call Beverly at (512) 327-5121.

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

✳ ✳ ✳ Communication Result Report ( Sep. 23. 2011  2:18PM ) ✳ ✳ ✳

1) Law Office Of Brian W. Bishop
2)

Date/Time: Sep. 23. 2011  2:14PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1533 | Memory TX Bishop Admin | 915123926205 | P. 14 | OK | |

Reason for error
E. 1) Hang up or line fail            E. 2) Busy
E. 3) No answer                       E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

Brian W. Bishop
115 Wild Basin Road, Suite 106
Austin, Texas 78746
(512) 327-5121
Fax: (512) 327-5122

FACSIMILE TRANSMITTAL SHEET

September 23, 2011

To:        Steven Brown                          512-392-6205

From:      Brian W. Bishop

Number of pages:    __ (including cover)

Client:    Damian Mandola and Trina Mandola

Re:

Message:

.

If you fail to receive all of the pages, or if either machine faults, please call Beverly at (512) 327-5121.

CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.