IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MANDOLA MANAGEMENT, INC. | § § § | |
| vs. | § § | CIVIL ACTION NO. 1-11-CV-00478-LY |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | § § § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

Plaintiff Mandola Management, Inc. files this Unopposed Motion for Substitution of Counsel. In support of this motion, Plaintiff respectfully submits the following:

1. Plaintiff seeks substitution of Scott King Field and Kent E. Wymore, IV of The Field Law Firm, PLLC for Plaintiff's present counsel, Brian Bishop and the Law Offices of Brian W. Bishop. Mr. Field will be the attorney in charge.

2. Contact information for Mr. Field and Mr. Wymore is as follows:

    Scott King Field
    State Bar No. 00793725
    Kent E. Wymore, IV
    State Bar No. 24075315
    The Field Law Firm, PLLC
    5910 Courtyard Drive, Suite 255
    Austin, Texas 78731
    (512) 346-3600
    (866) 271-4431 (fax)

3. Mr. Michael Jay Kuper will continue to act as co-counsel for Plaintiff.

## PRAYER

4. Plaintiff seeks substitution of its present counsel, Brian Bishop, and respectfully requests that the Court allow Scott King Field, Kent E. Wymore, IV and the Field Law Firm, PLLC be substituted as its counsel. Mandola Management, Inc. also requests such additional relief to which it may be justly entitled.

Respectfully submitted,

By:/s/Brian W. Bishop
    Brian W. Bishop
    Attorney at Law
    State Bar No. 02346300
    115 Wild Basin Road, Suite 106
    Austin, Texas 78746
    (512) 327-5121
    (512) 327-5122 (fax)
    Email: brian@bbishoplaw.com

By:/s/ Scott King Field
    Scott King Field
    Attorney In Charge
    State Bar No. 00793725
    The Field Law Firm, PLLC
    5910 Courtyard Drive, Suite 255
    Austin, Texas 78731
    Telephone:   (512) 346-3600
    Facsimile:   (866 271-4431
    Email: scott@thefieldlawfirm.com

    Michael Jay Kuper
    State Bar No. 11765000
    Attorney at Law
    2800 Post Oak Blvd., 61st Floor
    Houston, Texas 77056-5705
    (713) 892-4888

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

On June 22, 2012, I conferred with opposing counsel, concerning the relief sought in this Motion, and Defendant is unopposed to the relief sought.

/.s/Scott King Field
Scott King Field

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

/s/Scott King Field
Scott King Field